UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ELAINE L. CHAO, Secretary of Labor,         *
 United States Department of Labor,          *
                                             *
              Plaintiff,                     *
                                             *     CIVIL ACTION
              v.                             *     FILE NO.
LOUIS LaVIOLA, METAL MASTERS, INC. and METAL *     3:00-CV-02117 JBA
 MASTERS, INC. PROFIT SHARING PLAN           *
                                             *
              Defendants.                    *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

MOTION TO REOPEN CASE

Now comes Elaine L. Chao, Secretary of Labor, United States Department of Labor, (the "Secretary") and hereby moves that the Court reopen this matter for purposes of enforcing the terms of the Consent Judgment entered in this matter on November 13, 2000.[1]  As grounds therefore, the Secretary states that under the terms of the Consent Judgment and Order, the Court specifically retained jurisdiction of this matter for purposes of enforcing the Judgment and Order.  In conjunction with this Motion the Secretary has also filed a Petition for Adjudication of Civil Contempt and a Proposed Order to Show Cause in this matter.

WHEREFORE, the Secretary requests that this Court reopen this matter in order to provide a full hearing on the Secretary's Petition for Adjudication of Civil Contempt.

---

[1] This action originally was filed in the name of Alexis M. Herman, Secretary of Labor.  Pursuant to Federal Rules of Civil Procedure, Rule 25(d)(1), current Secretary of Labor, Elaine L. Chao, is substituted automatically as party plaintiff.

2

The Secretary's attempts to contact defendant Louis LaViola to ascertain his position as to this Motion have been unsuccessful.

                                                                         Respectfully submitted,

                                                                         Howard M. Radzely
                                                                         Solicitor of Labor

Post Office Address:                                  Frank V. McDermott, Jr.
Office of the Solicitor                                Regional Solicitor
J.F.K. Federal Building, Room E-375
Boston, MA  02203
617 565-2500                                                 /s/ Maureen L. Canavan
FAX 617 565-2142                                    Maureen L. Canavan
                                                                        Attorney CT BarNo.14133
                                                                        Canavan.Maureen@dol.gov
                                                                        U.S. Department of Labor
                                                                        Attorneys for Plaintiff