## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**CHAO**                                          :

**v.**                                            : NO. 3:00cv2117 (JBA)

**LaVIOLA, ET AL**                                :

### ENDORSEMENT ORDER [DOC. #5]

Motion to Reopen Case [doc. #5] is GRANTED, for good cause shown.  The Order to Show Cause is referred to Magistrate Judge Margolis [see Order of Referral].

IT IS SO ORDERED.

_____ Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:   April 8, 2005**