UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CHAO** | : |
| **v.** | : NO. 3:00cv2117 (JBA) |
| **LaVIOLA, ET AL** | : |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purpose(s):

- Ruling on all pretrial motions except dispositive motions:

- Supervise discovery and resolve discovery disputes:

✔ - Ruling/Hearing: *Order to Show Cause; Petition for Civil Contempt.*

- Settlement conference:

- Other:

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: April 8, 2005**