UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
ELAINE L. CHAO, Secretary of Labor,    \*
United States Department of Labor,      \*
                                        \*
           Plaintiff,                   \*    CIVIL ACTION
              v.                        \*    FILE NO.
LOUIS LaVIOLA, METAL MASTERS, INC. and METAL\*  3:00-CV-02117 JBA
MASTERS, INC. PROFIT SHARING PLAN       \*
                                        \*
           Defendants.                  \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FILED
2005 MAY 12  P 4: 07
U.S. ... COURT
NEW HAVEN, CT

## ORDER TO SHOW CAUSE

Upon consideration of the Secretary of Labor's Petition for Adjudication of Civil Contempt, it is

ORDERED that defendants be and appear before the United States District Court for the District of Connecticut at Courtroom No. __5__ in New Haven on June 28, 2005 at 10:00 a.m. o'clock, to show cause, if any there be, why they should not be adjudged in contempt of Court in accordance with the Petition for Contempt filed on behalf of the plaintiff herein. The defendants shall bring to Court all personal and corporate income tax returns for the past two (2) years, all deeds, mortgages to real property, a list of personal property, a list of all acquisitions and transfers of personal and business assets during the past two (2) years, personal and business loan applications made during the past two (2) years, and business ledgers, payroll records, financial records and statements (including credit card statements) for the past two (2) years.

1

It is further ordered that certified copies of the said Petition and this Order be served by the United States Marshal or one of his deputies upon said defendants.

Dated at New Haven this 12th day of May, 2005.

United States ~~District~~ Judge
Magistrate