UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
ELAINE L. CHAO, Secretary of Labor,           *
 United States Department of Labor,           *
                                              *
              Plaintiff,                      *       CIVIL ACTION
                                              *
           v.                                 *       FILE NO.
                                              *       3:00-CV-02117 JBA
LOUIS LaVIOLA, METAL MASTERS, INC. and METAL  *
 MASTERS, INC. PROFIT SHARING PLAN,           *
                                              *
              Defendants                      *
                                              *
* * * * * * * * * * * * * * * * * * * * * * * *  * **
```

CERTIFICATE OF SERVICE

I hereby do certify that I served the foregoing STIPULATION AND ORDER on the 22nd day of August, 2005, by placing one (1) copy of same in a postage-paid envelope addressed to:

> Charles J. Donato
> Krevolin & Donato, P.C.
> 59 Elm Street
> New Haven, CT 06503

the last known address and depositing same in the United States Mail at Boston, Massachusetts.


> */s/ Maureen L. Canavan*
> Maureen L. Canavan